DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NADIA VERDONI**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D19-374

[May 2, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 062014CF002897A88810.

Nadia Verdoni, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***